UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTIN SOUZA,  )
                               )   Case No.: :09-cv-02392-GMN-PAL
       Plaintiff,  )
  vs.                    )   **ORDER**
                               )
UNITED STATES OF AMERICA,  )
                               )
      Defendant.  )
                               )

Before the Court for consideration is the Report of Findings and Recommendation (ECF No. 29) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered February 28, 2011, in which Magistrate Judge Leen recommended that Plaintiffs' Complaint be dismissed. Plaintiff filed Objections to Magistrate Judge Leen's Report of Findings and Recommendation (ECF No. 33) on March 23, 2011, but failed to raise any actual issues or provide any points and authorities.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and has determined that Magistrate Judge Leen's Recommendation should be ACCEPTED.

**IT IS THEREFORE ORDERED** that Magistrate Judge Leen's Report of Findings and Recommendation (ECF No. 29) is **ACCEPTED**. Plaintiff's Complaint is therefore **DISMISSED**.

DATED this 14th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge